**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Rotie M. Orr | No. 12-04729 |
| Debtor | Hon. Jack B. Schmetterer |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on September 26, 2016, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

_____/s/ Ross Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Robert J. Adams and Tom Vaughn on September 26, 2016.

_____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201-6769

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Rotie M. Orr
5649 S. Campbell
Chicago, IL 60629

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Robert J. Adams
Robert J. Adams & Associates
901 W. Jackson Suite 202
Chicago, IL 60607